IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIAM E. BOWHALL,            )
                               )
              Plaintiff,       )
                               )
v.                             )      CASE NO. 3:20-CV-1039-RAH
                               )
ALABAMA LEGISLATURE,           )
                               )
              Defendant.       )
                               )

## ORDER

On January 24, 2022, the Magistrate Judge entered a Recommendation, (Doc. 22), to dismiss this case with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  The Plaintiff filed Objections.  (Doc. 23.)  After an independent review of the file and upon consideration of the Recommendation and Objections, it is ORDERED that:

1. The Objections are OVERRULED. (Doc. 23.)

2. The Recommendation of the Magistrate Judge is ADOPTED. (Doc. 22.)

3. This case is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

A separate Final Judgment will be entered in accordance with this order.

DONE, this 10th day of February, 2022.

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE